NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 29932

Electronically Filed
Intermediate Court of Appeals
29932
07-APR-2011
10:30 AM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CITIBANK (SOUTH DAKOTA), N.A., Plaintiff-Appellee, v.
SOLOMON D. NALUAI, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KO'OLAU POKO DIVISION
(CIVIL CASE NO. 1RC08-1-10930)


ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

In the above-entitled appeal, the Summary Disposition Order of the court entered on April 6, 2011 is hereby corrected as follows: in the attorney credit section on page 3, the first attorney for Plaintiff-Appellee should be "Marvin S.C. Dang" and not "Marvin S.C. Chang."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, April 7, 2011.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding Judge, Fujise and Reifurth, JJ.